## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Max Mehighlovesky,

        Plaintiff,

v.

Eric Holder, U.S. Attorney, Janet Napolitano, Secretary of Homeland Security, John Morton, U.S. ICE Field Director for Minnesota, Joel L. Brott, Sherburne County Sheriff, or Warden, Center of Immigration Detention,

        Defendants.

Civil No. 12-1094 (RHK/JJG)

**ORDER**

The above-entitled matter is before the Court upon the July 9, 2012, Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, to which objections have been filed.

Having conducted a de novo review of the Report and Recommendation and the Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 8) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 7) is **ADOPTED**;

3. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is **DENIED**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 23, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge